IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT LOUIS CANNON**                                               **PLAINTIFF**

**v.**                          **CASE NO. 4:11CV00034 BSM**

**MICHAEL J. ASTRUE, COMMISSIONER**
**OF SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**

**JUDGMENT**

    Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

    Dated this 30th day of March 2012.

_____
UNITED STATES DISTRICT JUDGE